# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00542-CV

**In re Kenneth Best**

**A. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
NO. 20-0002-CPS425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of A. M. The subject of this proceeding is Kenneth Best, appellant's attorney.

Appellant filed her notice of appeal on October 26, 2021, and her brief was due November 29, 2021. On December 15, 2021, we ordered counsel to file appellant's brief no later than December 28, 2021. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Kenneth Best shall appear in person before this Court on February 2, 2022 at 10:00 AM in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his

failure to obey our December 15, 2021 order.  This order to show cause will be withdrawn and Best will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before January 31, 2022.

It is ordered on January 13, 2022.


Before Justices Baker, Kelly, and Smith